**No. 39628.**—Protests 307029–G, etc., of George R. Gibson Co. et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel bowls, atomizers, trays, and boxes chiefly used in the household for utilitarian purposes, or hollow ware, were held dutiable at 40 percent under paragraph 339. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816) and *Rice* v. *United States* (T. D. 49373) cited.